## ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., Plaintiff–Appellant,

v.

## MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., Matsushita Electric Corporation of America, JVC Americas Corporation, Vivitar Corporation, Petters Group Worldwide, LLC, Polaroid Consumer Electronics, LLC, Polaroid Holding Company, and Polaroid Corp., Defendants,

and

## Research in Motion Ltd. and Research in Motion Corp., Defendants–Appellees.

Nos. 2012–1652, 2012–1653, 2012–1654.

United States Court of Appeals, Federal Circuit.

July 18, 2013.

Leigh C. Taggart, Rader, Fishman & Grauer, PLLC, of Bloomfield Hills, MI,

argued for plaintiff-appellant. On the brief was Charles W. Bradely.

Dominic E. Massa, Wilmer Cutler Pickering Hale and Dorr, LLP, of Boston, MA, argued for defendants-appellees. With him on the brief were Kevin S. Prussia; and Seth P. Waxman, of Washington, DC; and Christopher R. Noyes, of New York, NY.

LOURIE, BRYSON, and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**